**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00300-CV

_____

**GREYHOUND LINES, INC. AND PAUL FLUECKIGER, Appellants**

**V.**

**CAITLIN HASSLER AND JENNIFER HASSLER, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-02-01369 CV**

**MEMORANDUM OPINION**

The appellants, Greyhound Lines, Inc. and Paul Flueckiger, filed an unopposed motion to dismiss this appeal with prejudice. Appellants further request that this Court release the appellants' surety, Fidelity and Deposit Company of Maryland, from any further obligation on the supersedeas bond filed by appellants, and that we tax costs against the party incurring same. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.

1

We grant the motion and dismiss the appeal. We hereby release the appellants' surety, Fidelity and Deposit Company of Maryland, from any further obligation on the supersedeas bond filed by the appellants in connection with this appeal. Costs are assessed against the incurring party.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice


Submitted on January 14, 2015
Opinion Delivered January 15, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.